FIRST TRUST & DEPOSIT COMPANY, Appellant, *v.* MIDDLESEX MUTUAL FIRE INSURANCE COMPANY, Respondent.

Argued December 4, 1940; decided December 31, 1940.

*H. Duane Bruce* for appellant.

*Abram G. Senior* and *Morgan F. Bisselle* for respondent.

Judgment affirmed, with costs, on the ground that the fraud of the defendant's agent was not perpetrated in the course of the agent's employment. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.